Kenneth ALLEN, Appellant,

v.

STATE of Missouri, Respondent.

No. 47225.

Missouri Court of Appeals,
Eastern District,
Division Three.

June 26, 1984.

Motion for Rehearing and/or Transfer to Supreme Court Denied Aug. 8, 1984.

Lew Anthony Kollias, Public Defender, Jefferson City, for appellant.

John Ashcroft, Atty. Gen., Jefferson City, for respondent.

ORDER

PER CURIAM:

This is an appeal from a denial, after an evidentiary hearing, of a Rule 27.26 motion to withdraw guilty pleas and to vacate sentence and judgment. Affirmed. Rule 84.-16(b).